**Exhibit A to the Complaint**

**Location:** Las Vegas, NV

**Total Works Infringed:** 27

**IP Address:** 98.167.68.73

**ISP:** Cox Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | F44B1162E44516A42EA660DD45C6EBF52A538404 | 03/19/2019 02:42:18 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 2 | 143ED56E751B662F727B52D79C441FBCC16BB177 | 12/24/2018 18:13:38 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 3 | 1473EA25CB80089E87648F902EF3FF4521C61D1E | 02/22/2019 04:08:19 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 4 | 14C05DD49CADBA8851E1E30C645E9C5B4DDE3F90 | 03/05/2019 07:48:53 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 5 | 16A8CB6F8E83F6AD870F873D4D26C4B7111CFBBC | 02/14/2019 03:04:01 | Blacked | 02/13/2019 | 03/11/2019 | PA0002158597 |
| 6 | 1D652D14E624CF4FE65234E00AB298914C6B5B1B | 01/12/2019 22:02:09 | Vixen | 01/04/2019 | 01/22/2019 | PA0002147681 |
| 7 | 340388F38581DF5E919342C8EBB209978EEA9633 | 02/01/2019 15:08:04 | Blacked | 01/30/2019 | 02/22/2019 | PA0002155138 |
| 8 | 3F270D99BA6AD25ECA5DA3F1A19E9EE0BD1A3B75 | 02/14/2019 03:06:57 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 9 | 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC | 02/28/2019 03:43:48 | Blacked Raw | 02/26/2019 | 03/31/2019 | PA0002163980 |
| 10 | 4ED2350365BDA4C8207A8CCEDBC81B0340E58ABC | 02/17/2019 23:47:32 | Blacked Raw | 02/16/2019 | 03/11/2019 | PA0002158595 |
| 11 | 52448957C705B08416A705C7B23313E7995D2DEA | 02/05/2019 04:14:27 | Vixen | 03/25/2018 | 04/17/2018 | PA0002116726 |
| 12 | 6A9C3A31CC22405729F230BE6332DE0A31F7BB38 | 12/24/2018 18:16:33 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 13 | 6AC897F8E79C11A9D853208752CBEB02101C9933 | 01/15/2019 00:27:51 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 14 | 7724965CFD0EFA204861E4994E4C375734FAC910 | 03/09/2019 03:27:42 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 15 | 7C99E492EC61646CED06952C682B68AACFCD7C33 | 02/28/2019 03:48:26 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 16 | 81E09376DDB4DBE7806032952C003C92FD898CD4 | 12/13/2018 03:33:43 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 17 | 8E1B223B088DE030D4BCE4683FD4E67F6EE93814 | 12/24/2018 18:13:48 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|------|------|-----|------|-----------|------------|--------------|
| 18 | A13372D383B6487823771167C3024FF64D0BAF6F | 12/24/2018 18:16:10 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 19 | A266CE8C37C36EB2E7CEC4B109AC6DDFA3BA79D3 | 01/12/2019 21:46:53 | Blacked | 01/05/2019 | 01/22/2019 | PA0002147685 |
| 20 | A79E1BEA716422681872B46A4AC579C82B92D143 | 12/13/2018 03:30:27 | Blacked Raw | 12/08/2018 | 12/18/2018 | PA0002141919 |
| 21 | AA9D6ED52E9FECEA19124A8F7FE433617F801994 | 01/12/2019 21:50:24 | Blacked | 01/10/2019 | 02/02/2019 | PA0002155382 |
| 22 | B4A963875B8F63EEFB739E00A7EE7D864B9C1493 | 01/12/2019 21:57:24 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 23 | BAF88466C16F84D6A76FD9937679E389989A1483 | 03/09/2019 03:24:15 | Blacked Raw | 03/08/2019 | 04/29/2019 | PA0002169934 |
| 24 | C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8 | 02/10/2019 18:40:13 | Blacked | 02/09/2019 | 03/11/2019 | PA0002158599 |
| 25 | D35DE91797823D90CFD9EAB5A55CF23E8D37AB3A | 01/04/2019 05:14:25 | Blacked | 12/31/2018 | 01/22/2019 | PA0002147686 |
| 26 | ECFEC3C1CEA5BACDED5052AB2E57DEAAD83FFF39 | 12/14/2018 17:52:37 | Blacked Raw | 12/13/2018 | 02/02/2019 | PA0002154971 |
| 27 | FCB171660AC0F0E691A53C1AF9D4289C9CD5A6A9 | 01/20/2019 22:49:05 | Blacked | 01/20/2019 | 02/22/2019 | PA0002155135 |