1 | Jeremy J. Thompson, Esq. (12503)
**CLARK HILL PLC**
2 | 3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
3 | Tel. 702.697.7527
Fax 702.862.8400
4 | jthompson@clarkhill.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| STRIKE 3 HOLDINGS, LLC, | Case Number: |
|---|---|
| Plaintiff, | **STRIKE 3 HOLDINGS, LLC'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE AS TO INTERESTED PARTIES** |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.167.68.73, | |
| Defendant. | |

In accordance with Fed. R. Civ. P. 7.1 and LR 7.1-1, the undersigned counsel of record for Plaintiff, Strike 3 Holdings, LLC, certifies that the following have a direct, pecuniary interest in the outcome of the case:

(1) Strike 3 Holdings, LLC - Plaintiff; financial interest;

(2) General Media Systems, LLC – owner of Plaintiff, Strike 3 Holdings, LLC.; financial interest; and

(3) John Doe - Defendant; financial interest.

Other than those named above, undersigned counsel certifies that there are no known parties with a direct, pecuniary interest in the outcome of this case. This representation is made to enable judges of the Court to evaluate possible disqualifications

or recusal. A supplemental disclosure statement or certification will be filed promptly if any of the information provided herein changes.

Dated this 21st day of June, 2019.

**CLARK HILL PLC**

By: /s/ *Jeremy J. Thompson*
Jeremy J. Thompson, Esq. (12503)

*Attorney for Plaintiff Strike 3 Holdings, LLC*