Jeremy J. Thompson, Esq. (12503)
**CLARK HILL PLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel. 702.697.7527
Fax 702.862.8400
jthompson@clarkhill.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case Number: 2:19-cv-01075-RFB-NJK |
| Plaintiff, | **DECLARATION OF SUSAN B. STALZER IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE** |
| vs. | |
| JOHN DOE subscriber assigned IP address 98.167.68.73, | |
| Defendant. | |

[Remainder of page intentionally left blank]

i

**DECLARATION OF SUSAN B. STALZER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

I, Susan B. Stalzer, do hereby state and declare as follows:

1.    My name is Susan B. Stalzer.  I am over the age of 18 and am otherwise competent to make this declaration.

2.    This declaration is based on my personal knowledge and, if called upon to do so, I will testify that the facts stated herein are true and accurate.

3.    I work for Strike 3 Holdings, LLC ("Strike 3") and review the content of their motion pictures.

4.    I hold a Bachelor's degree and Master's degree in English from Oakland University.

5.    I have a long history of working in the fine arts, with an emphasis on writing, including having served as an adjunct professor of composition and literature.

6.    I am familiar with Strike 3's plight with online piracy and its determination to protect its copyrights.

7.    I was tasked by Strike 3 with verifying that each infringing file identified as a motion picture owned by Strike 3 on torrent websites was in fact, either identical, strikingly similar or substantially similar to a motion picture in which Strike 3 owns a copyright.

8.    IPP provided me with the infringing motion picture file for each of the file hashes listed on Exhibit A to Strike 3's Complaint.

9.    I viewed each of the unauthorized motion pictures corresponding to the file hashes side by side with Strike 3's motion pictures, as published on the *Blacked, Blacked Raw, Tushy, Tushy Raw*, and/or *Vixen* websites and enumerated on Exhibit A by their United States Copyright Office identification numbers.

10.    Each digital media file, as identified by the file hash value, is a copy of Strike 3's corresponding motion picture and is identical, strikingly similar or substantially similar to the

-1

Declaration of Susan B. Stalzer in Support of Plaintiff's Motion for Leave to Serve a Third Party Subpoena Prior to a Rule 26(f) Conference

NVD-1052-LASV

**EXHIBIT D**

1   original work identified by their United States Copyright Office identification numbers on

2   Exhibit A to the Complaint.

3        11.     Additionally, I used American Registry for Internet Numbers ("ARIN") to

4   confirm that the ISP did own Defendant's IP address at the time of the infringements, and hence

5   has the relevant information to identify Doe Defendant.

6                                    **DECLARATION**

7      **PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the

8   laws of the United States of America that the foregoing is true and correct.

9      Executed on this _____ day of _____, 201_.

10

11                SUSAN B. STALZER

12                By: _____

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                 2

28

Declaration of Susan B. Stalzer in Support of Plaintiff's Motion for Leave to Serve a Third Party
Subpoena Prior to a Rule 26(f) Conference

NVD-1052-LASV

**EXHIBIT D**