Jeremy J. Thompson, Esq.
Clark Hill PLC
3800 Howard Hughes Parkway
Suite 500
Las Vegas, Nevada 89169
T: 702.697.7527
F: 702.862.8400
jthompson@clarkhill.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DOE subscriber assigned IP address 98.167.68.73, <br><br> Defendant. | Case Number: 2:19-cv-01075-RFB-NJK <br><br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 98.167.68.73, are voluntarily dismissed with prejudice.

Dated this 12 of September, 2019.   **Clark Hill PLC**

By: /s/ *Jeremy J. Thompson*
JEREMY J. THOMPSON, Esq.

*Attorney for Plaintiff Strike 3 Holdings, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Jeremy J. Thompson</i><br>Jeremy J. Thompson, Esq.